**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE

    Angela Patricia Butler

                              :   Chapter 13 Case No. 16-00183-ELG

    Debtor(s)

**TRUSTEE'S NOTICE TO U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR THE TIKI SERIES TRUST III TRUST C/O SN SERVICING CORPORATION OF FINAL CURE PAYMENT AND**
**NOTICE OF OPPORTUNITY TO RESPOND**

Comes now Rebecca A. Herr, Chapter 13 Trustee of the above-captioned matter, and pursuant to Bankruptcy Rule 3002.1(f), states that the debtor has completed all payments under the confirmed plan, and the debtor has accordingly paid in full the amount required to cure all defaults, by paying in full the pre-petition arrears claim of U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR THE TIKI SERIES TRUST III TRUST C/O SN SERVICING CORPORATION, secured by security interest in the debtor's principal residence and provided for under §1322(b)(5) in the confirmed plan.

Rebecca A. Herr
Chapter 13 Trustee
Bar#MD0032
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401
bherr@ch13md.com

Please take notice that, pursuant to Bankruptcy Rule 3002.1(g), within 21 days after service of this notice and the holder of each claim shall file and serve on the debtor, debtor's counsel, and the Trustee a statement indicating (1) whether it agrees that the debtor has paid in full the amount required to cure the default on the claim, and (2) whether the debtor is otherwise current on all payments consistent with §1322(b)(5). The statement shall itemize the required cure or post-petition amounts, if any, that each holder contends remains unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim.

Otherwise, upon failure to file a response, the Trustee's determination of final cure payment will be binding without necessity of Court Order.

July 8, 2021                                /s/ REBECCA A. HERR

                                            REBECCA A. HERR
                                            Fed. Bar No. MD0032
                                            Chapter 13 Trustee
                                            185 Admiral Cochrane Drive
                                            Suite 240
                                            Annapolis, MD 21401
                                            (301) 805-4700
                                            Fax: (301) 805-9577
                                            ecf@ch13md.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 8, 2021, a copy of the foregoing Trustee's Notice of Final Cure Payment and Notice of Opportunity to Respond, was mailed, postage prepaid, to:

Angela Patricia Butler
5005 Kimi Gray Ct., SE
Washington, DC 20019
*Debtor(s)*

Kevin Judd, Esq.
601 Pennsylvania Ave, NW
Suite 900 S
Washington, DC 20004
*Counsel for Debtor(s)*

U.S. Bank Trust N.A
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501
*Claimant*

The Corporation Trust, Incorporated
2405 York Rd
Suite 201
Lutherville Timonium, MD 21093-2264
*Resident Agent for US Bank N.A.*

The Prentice-Hall Corporation System, MA
7 St. Paul Street
Suite 820
Baltimore, MD 21202
*Resident Agent for SN Servicing Corp.*

                                              <u>/s/ Rebecca A. Herr</u>
                                              Rebecca A. Herr
                                              Chapter 13 Trustee

Case 16-00183-ELG    Doc 64    Filed 07/08/21    Entered 07/08/21 08:08:32    Desc Main
                               Document      Page 4 of 5

**Case Overview**
**Case No. 16-00183-ELG**      ANGELA PATRICIA BUTLER
**PENDING**

Thursday, July 8, 2021
7:56 am
User: cbrown

**DISBURSEMENT HISTORY**

| DATE | CODE | DESCRIPTION | CREDITOR # | CHECK NO. | AMOUNT |
|---|---|---|---|---|---:|
| **FNMA** | | | **Claim Number 3** | | |
| Jan 04, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | 104266 | 1021813 | 86.64 |
| Jan 31, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | 104266 | 1023668 | 250.00 |
| Feb 28, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | 104266 | 1025316 | 214.38 |
| Mar 31, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | 104266 | 1027128 | 214.38 |
| Apr 28, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | 104266 | 1028963 | 214.38 |
| May 31, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | 104266 | 1030759 | 321.57 |
| Jun 30, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | 104266 | 1034339 | 321.57 |
| Sep 30, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | 104266 | 1039587 | 119.11 |
| Oct 31, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | 104266 | 1041308 | 147.88 |
| Nov 30, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | 104266 | 1043054 | 146.30 |
| Dec 31, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | 104266 | 1046082 | 219.46 |
| Jan 31, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | 104266 | 1047780 | 146.30 |
| Feb 28, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | 104266 | 1049427 | 146.30 |
| Mar 31, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | 104266 | 1051091 | 146.30 |
| **TOTAL FOR FNMA** | | | | | **2,694.57** |
| **SELENE FINANCE LP** | | | **Claim Number 3** | | |
| Apr 30, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | | 1053378 | 146.30 |
| May 31, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | | 1055043 | 146.30 |
| Jun 30, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | | 1056726 | 219.46 |
| Jul 31, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | | 1058364 | 146.30 |
| **TOTAL FOR SELENE FINANCE LP** | | | | | **658.36** |
| **SN SERVICING CORP.** | | | **Claim Number 3** | | |
| Aug 30, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | 873551 | 8000757 | 127.91 |
| Sep 30, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | 873551 | 8000815 | 127.91 |
| Oct 30, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | 873551 | 8000848 | 127.77 |
| Nov 30, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | 873551 | 8000917 | 191.45 |
| Dec 31, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | 873551 | 8000975 | 127.63 |
| Jan 31, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | 873551 | 8001035 | 205.44 |
| Feb 29, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | 873551 | 8001101 | 119.20 |
| Mar 31, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | 873551 | 8001163 | 119.20 |
| Apr 30, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | 873551 | 8001223 | 119.20 |
| May 30, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | 873551 | 8001284 | 173.78 |
| Jun 30, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | 873551 | 8001337 | 115.85 |
| Jul 31, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | 873551 | 8001408 | 115.85 |
| Aug 31, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | 873551 | 8001493 | 115.86 |
| Sep 30, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | 873551 | 8001546 | 115.85 |
| Oct 31, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | 873551 | 8001640 | 104.82 |
| **TOTAL FOR SN SERVICING CORP.** | | | | | **2,007.72** |
| **US BANK TRUST NATIONAL ASSN** | | | **Claim Number 3** | | |
| Aug 31, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 1060200 | 286.13 |
| Sep 30, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 1061867 | 141.26 |
| Oct 31, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 1063531 | 484.19 |
| Nov 30, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 1065204 | 191.87 |
| Dec 31, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 1066828 | 127.91 |
| Jan 31, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 1068443 | 127.91 |
| Feb 28, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 1070060 | 127.91 |
| Mar 29, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 1071674 | 127.91 |
| Apr 30, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 1073333 | 127.91 |
| May 31, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 1074980 | 191.87 |
| Jun 28, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 1076608 | 127.91 |
| Jul 31, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 1078237 | 127.91 |
| **TOTAL FOR US BANK TRUST NATIONAL ASSN** | | | | | **2,190.69** |
| | | | | **DISBURSEMENT TOTAL** | **7,551.34** |

**Case Overview**  
**Case No. 16-00183-ELG**  
ANGELA PATRICIA BUTLER  
**PENDING**

Thursday, July 8, 2021  
7:56 am  
User: cbrown

## DISBURSEMENT HISTORY

| DATE | CODE | DESCRIPTION | CREDITOR # | CHECK NO. | AMOUNT |
|---|---|---|---|---|---:|
| **FNMA** | | | **Claim Number 21** | | |
| Dec 31, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | 104266 | 1046083 | 1,367.86 |
| Jan 31, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | 104266 | 1047781 | 316.28 |
| Feb 28, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | 104266 | 1049428 | 316.28 |
| Mar 31, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | 104266 | 1051092 | 316.28 |
| Apr 30, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | 104266 | 1052770 | 316.28 |
| May 31, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | 104266 | 1054444 | 316.28 |
| Jun 30, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | 104266 | 1056115 | 474.41 |
| Jul 31, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | 104266 | 1057759 | 316.28 |
| Aug 28, 2018 | CNCP | CANCELLED CHECK TO CREDITOR/PRINCIPLE | 104266 | 1056115 | -474.41 |
| Aug 31, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | 104266 | 1059392 | 650.86 |
| Sep 30, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | 104266 | 1061053 | 321.32 |
| Oct 21, 2018 | CNCP | CANCELLED CHECK TO CREDITOR/PRINCIPLE | 104266 | 1059392 | -650.86 |
| Oct 21, 2018 | CNCP | CANCELLED CHECK TO CREDITOR/PRINCIPLE | 104266 | 1057759 | -316.28 |
| Oct 29, 2018 | CNCP | CANCELLED CHECK TO CREDITOR/PRINCIPLE | 104266 | 1061053 | -321.32 |
| **TOTAL FOR FNMA** | | | | | **2,949.26** |
| **US BANK TRUST NATIONAL ASSN** | | | **Claim Number 21** | | |
| Nov 30, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 1065205 | 1,768.85 |
| Dec 31, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 1066829 | 334.67 |
| Jan 31, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 1068444 | 334.67 |
| Feb 28, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 1070061 | 334.67 |
| Mar 29, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 1071675 | 334.67 |
| Apr 30, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 1073334 | 334.67 |
| May 31, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 1074981 | 502.00 |
| Jun 28, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 1076609 | 334.67 |
| Jul 31, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 1078238 | 334.67 |
| Aug 30, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 1079929 | 334.67 |
| Sep 30, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 1081616 | 334.67 |
| Oct 30, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 2001375 | 334.31 |
| Nov 30, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 2003084 | 500.92 |
| Dec 31, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 2004709 | 333.95 |
| Jan 23, 2020 | CNCP | CANCELLED CHECK TO CREDITOR/PRINCIPLE | 104268 | 2004709 | -333.95 |
| Jan 31, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 2006345 | 590.09 |
| Feb 29, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 2007903 | 342.38 |
| Mar 31, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 2009467 | 342.38 |
| Apr 30, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 2010959 | 342.38 |
| May 30, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 2012460 | 499.15 |
| Jun 30, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 2013887 | 332.77 |
| Jul 31, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 2015329 | 332.77 |
| Aug 31, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 2017125 | 332.76 |
| Sep 30, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 2018571 | 332.77 |
| Oct 31, 2020 | CR | AMOUNT DISBURSED TO CREDITOR | 104268 | 2020000 | 301.06 |
| **TOTAL FOR US BANK TRUST NATIONAL ASSN** | | | | | **9,866.62** |
| | | | | **DISBURSEMENT TOTAL** | **12,815.88** |